

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Janos Farkas,

* From the 26th District
  Court of Williamson County,
  Trial Court No. 11-070-C26.

Vs. No. 11-12-00024-CV

* January 9, 2014

Mortgage Electronic Registration
Systems, Inc. et al.,

* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Janos Farkas.